ACCEPTED
03-14-00629-CV
7144178
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 12:32:19 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00629-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 12:32:19 PM
JEFFREY D. KYLE
Clerk

_____

LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT and
MICHAEL L. WILLIAMS, THE STATE COMMISSIONER OF EDUCATION
*Appellants*,

v.

JORGE VAZQUEZ,
*Appellee*.

_____

On Appeal from the 419th Judicial District Court of Travis County, Texas;
Cause No. D-1-GN-13-003654; before the Honorable Scott H. Jenkins

_____

**APPELLANT COMMISSIONER OF EDUCATION'S
NOTICE OF SUBSTITUTION OF LEAD COUNSEL**

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Now comes Appellant Michael L. Williams, the State Commissioner of Education, by and through Ken Paxton, Attorney General of Texas, and the undersigned attorneys, and gives notice of the substitution of Kara Holsinger as lead counsel for the Commissioner of Education in place of Jennifer Hopgood. This notice is tendered in compliance with Rule 15 of the Rules of Practice Before the Third Court of Appeals, which permits government counsel to file such notice rather than comply with Texas Rule of Appellate Procedure 6.5.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Kara Holsinger*
 KARA HOLSINGER
Assistant Attorney General
State Bar No. 24065444
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4203
Facsimile:   (512) 320-0167
kara.holsinger@texasattorneygeneral.gov

*Attorneys for Appellants*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant Commissioner of Education's Notice of Substitution of Lead Counsel has been served on the following via e-service and/or e-mail on this the 29th day of September, 2015.

Mark W. Robinett
BRIM, ARNETT, ROBINETT, &
CONNERS, P.C.
2525 Wallingwood Drive, Building 14
Austin, TX 78746
mrobinett@brimarnett.com

*Attorney for the Appellee*

Craig Wood
Stacy T. Castillo
Elizabeth G. Neally
Walsh Gallegos Trevino Russo & Kyle P.C
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
cwood@wabsa.com
scastillo@wabsa.com
eneally@wabsa.com

*Attorneys for Appellant Los Fresnos CISD*

*/s/ Kara Holsinger*
KARA HOLSINGER
Assistant Attorney General